No. 141 February 19, 2026 417

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RAYNOLD BARRY ANNER,
*Defendant-Appellant.*

Multnomah County Circuit Court
22CR45032; A183837

Chanpone P. Sinlapasai, Judge.

Argued and submitted January 21, 2026.

Erik Blumenthal, Deputy Public Defender, argued the cause for appellant. Also on the brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Oregon Public Defense Commission.

Carson Whitehead, Assistant Attorney General, argued the cause for respondent. On the brief were Dan Rayfield, Attorney General, Benjamin Gutman, Deputy Attorney General, and Lauren P. Robertson, Assistant Attorney General.

Before Shorr, Presiding Judge, Powers, Judge, and O'Connor, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Defendant appeals from a conviction for one count of felon in possession of a firearm, ORS 166.270(1), following a conditional guilty plea entered after the trial court denied defendant's demurrer. On appeal, defendant asserts that the felon in possession statute, as applied to him, violates the Second Amendment to the United States Constitution, and Article I, section 27, of the Oregon Constitution, based on the fact that his prior felonies were nonviolent felonies. We affirm.

Defendant's argument under the state constitution is unpreserved. Defendant requests plain error review, acknowledging that his argument is foreclosed by *State v. Shelnutt*, 309 Or App 474, 483 P3d 53, *rev den*, 368 Or 206 (2021), but asserting that that case was wrongly decided. We are unconvinced that *Shelnutt* was wrongly decided or that the trial court plainly erred under the Oregon Constitution. Although defendant's federal argument has evolved since we initially addressed the issue in depth, it is foreclosed by our decision in *State v. Parras*, 326 Or App 246, 531 P3d 711 (2023), *rev dismissed as improvidently allowed*, 373 Or 284 (2025). *See also State v. Ivey*, 342 Or App 649, 577 P3d 884, *rev den*, 374 Or 616 (2025).

Affirmed.